DEAR CLERK,                    79,778-01,02              2/2/2015

I AM WRITING IN CONCERN OF MY WRIT OF HABEAS CORPUS,
CAUSE NO'S WR-79,778-01 AND WR-79,778-02. THE LAST
EXTENSION THAT WAS GIVEN WAS A SIXTY-DAY (60) EXTENSION,
ON NOVEMBER 11, 2013, EXPIRING ON JANUARY 11, 2014. CAN YOU
GIVE ME ANY INSIGHT TO WHATS GOING ON.
YOUR TIME, PATIENCE, AND CONSIDERATION ARE GREATLY APPRECIATED.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED,

JUSTEN MICHAEL DYE
TDCJ ID# 1786454
GEORGE BETO UNIT
1391 F.M. 3328
TENNESSEE COLONY, TX. 75880